**No. 66655.**—J. J. Sales Corp. *v.* United States, protest 61/720 (New York).

Opinion by OLIVER, C.J.   In accordance with stipulation of counsel that the merchandise consists of polystyrene novelties similar in all material respects to those the subject of Abstract 64402, the claim of the plaintiff was sustained.